

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains, New York 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
AUSTIN, TX
BALTIMORE, MD
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DAYTON, OH
DENVER, CO
DETROIT, MI
GRAND RAPIDS, MI

GREENVILLE
HARTFORD
HONOLULU
HOUSTON,
INDIANAPO
JACKSONV
KANSAS CI
LAS VEGAS
LONG ISLA
LOS ANGE
MADISON,
MEMPHIS, TN
MIAMI, FL
MILWAUKEE, WI
MINNEAPOLIS, MN

PORTLAND, OR
PORTSMOUTH, NH
PROVIDENCE, RI

WASHINGTON, DC REGION
WHITE PLAINS, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2019

DIRECT DIAL: (914) 872-6893
EMAIL ADDRESS: REBECCA.MCCLOSKEY@JACKSONLEWIS.COM

*through an affiliation with Jackson Lewis P.C., a Law Corporation

November 20, 2019

**VIA ECF & VIA Torres_NYSDCHAMBERS@nysd.uscourts.gov**
The Honorable Analisa Torres
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    **James Murphy v. Twenty Ones Incorporated**
                  **Case No. 19-cv-09174 (AT)**

Dear Judge Torres:

      This firm represents Defendant, Twenty Ones Incorporated, and was recently retained in the above-referenced matter. This letter is written pursuant to Rule 1(C) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint from November 22, 2019 through and including December 23, 2019 and the adjournment of Initial Conference presently scheduled for December 4, 2019.

      Plaintiff's counsel consents to these requests. These requests are being made as the parties have engaged in productive settlement discussions and would like more time to resolve this matter without further intervention from this court. This is Defendant's second request for an extension of its deadline to answer the Complaint. No other deadlines have been scheduled in this case.

      Thank you for your consideration of this request.

GRANTED in part, DENIED in part. By November 27, 2019, Defendant shall answer or otherwise respond to the complaint. The request to adjourn the initial pretrial conference is DENIED.

SO ORDERED.

Dated: November 20, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge

Respectfully submitted,

JACKSON LEWIS P.C.

By: /s/ Rebecca M. McCloskey
     Rebecca M. McCloskey